UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,                         :

      -against-                                    :                    02 Cr. 583 (WHP)

OMAR OCASIO                                       :                    ORDER

                  Defendant.             :
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _5/20/2013_

WILLIAM H. PAULEY III, United States District Judge:

      The Court received the attached letter on May 17, 2013 and now forwards it to counsel. No further action will be taken.

Dated: May 20, 2013
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III,
U.S.D.J.

Counsel of record:

Laurie A. Korenbaum, Esq.
U.S. Attorney's Office, SDNY
One St. Andrew's Plaza
New York, NY 10007
Counsel for Government

Thomas F. X. Dunne
Counsel for Defendant

May 9th, 2013

To. Whom it may concern,

From: Omar Ocasio
Case No. 02 Cr 583 (WHP)
USMS No: 53573-054

MAY 17 2013

   The purpose of this letter is to
bring to attention an error in
my time computation sheet.
   I was sentenced to a term of
14 months, 8 months shall be served
with (state time) to be concurrent
in addition to, 6 months consecutive
to any other sentence. I was
release from state custody and
immediately detained by U.S.
Marshall on 4-19-13 therefor the
6 months would conclude in
October 10-19-13 NOT in November
11-19-13 as my computation data
indicates.
   I am humbly requesting that
this error be corrected.

                    Thank you,
                    Ocasio, Omar
                    #53573-054