UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA, :

        -against- : 02 Cr. 583 (WHP)

OMAR OCASIO : ORDER

                    Defendant. :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court received Defendant's *pro se* letter motion for a *nunc pro tunc* order specifying the date on which his federal sentence commenced.

1. The Government is directed to respond by January 13, 2014.
2. Defendant's reply is due on February 14, 2014.

Dated: November 19, 2013
       New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III,
                                  U.S.D.J.

*Counsel of record:*

Laurie A. Korenbaum, Esq.
U.S. Attorney's Office, SDNY
One St. Andrew's Plaza
New York, NY 10007
*Counsel for Government*

Omar Ocasio
Re. No. 53573-054
FCI Ft. Dix
P.O. Box 2000
Fort Dix, NJ 08649
*Petitioner Pro Se*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/13